

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00775-CR

Gabriel **BOSQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-06-0143-CRA
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 30, 2025.

_____
Adrian A. Spears II, Justice